UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 08029
TANYALYN JOHNSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
SSN XXX-XX-0551

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/02/04 and confirmed on 05/07/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 205770.26 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
BAYVIEW LOAN SRV LLC    CURRENT MORTG  118926.90           .00        118926.90
BAYVIEW LOAN SRV LLC    MORTGAGE ARRE   54056.91           .00         54056.91
INTERNAL REVENUE SERVICE PRIORITY       12765.64           .00         12765.64
NATIONAL CAPITAL MGMT LL FILED LATE          .00           .00              .00
INTERNAL REVENUE SERVICE UNSECURED       8361.36           .00          8361.36
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   172983.81     12765.64      8361.36         .00     194110.81
PRINCIPAL PAID       172983.81     12765.64      8361.36         .00     194110.81
INTEREST PAID              .00          .00           .00        .00           .00
TOTAL PAID           172983.81     12765.64      8361.36         .00     194110.81
The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   3000.00
and was paid $   3000.00   direct and $      .00  through the plan.

The Trustee received $   8912.25 .

Refunds to the Debtor totaled $   2747.20 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


        Dated: 02/09/09                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 04 B 08029 TANYALYN JOHNSON
```